AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Joseph Debrum | ) Case No. 15 MJ - 6109 MPK |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May, 2014 - June 1, 2014__ in the county of __Bristol__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 2422(b); | whoever, using the mail or any facility or means of interstate or foreign commerce, knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so; whoever, employs, uses, persuades, induces, entices, or coerces, or attempts to employ, use, persuade, induce, entice or coerce, |
| 18 United States Code, Section 2251(a) | any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct |

This criminal complaint is based on these facts:

see attached Affidavit of U.S. Department of Homeland Security ("DHS")/Homeland Security Investigations ("HSI") Special Agent Janet Connolly.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Janet Connolly, DHS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/28/15

_____
*Judge's signature*

City and state: Boston, Massachusetts

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*