## AFFIDAVIT

I, Janet Connolly, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with United States Department of Homeland Security, Immigrations and Customs Enforcement, Homeland Security Investigations (HSI), and am assigned to the office of the Special Agent in Charge, Boston, MA. I have been an agent of HSI since 2008. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2251, 2252, and 2252A. I have received training in the investigation of child pornography, child exploitation, and transportation of minors, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).

2.     I make this affidavit in support of an application for a criminal complaint and arrest warrant against Joseph Debrum ("Debrum"), year of birth 1976, of Taunton, Massachusetts, charging Debrum with a violation of 18 U.S.C. §§ 2422(b) (Coercion and Enticement) and 2251(a) (Production/Attempted Production of Child Pornography). A violation of 18 United States Code Section 2422(b) makes it illegal for any person to use any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, or attempt to do so. A violation of 18 United States Code Section 2251(a) makes it illegal for any person to employ, use, persuade, induce, entice, or coerce, or attempts to employ, use, persuade, induce, entice, or coerce, any minor to

1

engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct.

3.     The information contained in this affidavit is based on my participation in the investigation described herein, my conversations with other law enforcement agents involved in this investigation, including the Taunton Police Department, and my review of records obtained during this investigation.

4.     This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.  In submitting this affidavit, I have set forth only the facts that I believe are necessary to establish the requisite probable cause. Therefore, I have not included each and every fact known to me concerning this investigation. Additionally, where conversations or statements are related herein, they are set forth in substance and in pertinent part.

## BASIS OF PROBABLE CAUSE

### *Background investigation/disclosure of information by Mother of minor victim*

5.     On or about June 6, 2014, Taunton Police Officer Randy DeMello received information regarding a complaint involving an underage female (hereinafter "minor victim"), age 16, who resides in Virginia.[1]  This information was obtained from the minor victim's mother ("Mother").  According to Mother, minor victim reported that minor victim met an individual named "Marlie Bennett" ("Marlie") on a website named [T]eenSpot.com.  "Marlie" portrayed herself to the minor victim as a twenty-one year-old woman.  The minor victim had confided in

---

[1] The minor victim resides in Virginia and has so resided during the relevant time periods outlined herein.

"Marlie" that minor victim was secretly curious about bisexuality. According to Mother, "Marlie" asked minor victim to carry on the conversation using the software application, Skype. Minor victim agreed. Mother provided law enforcement with information including: "Marlie's" Skype user name, "marlie.bennett1;" the phone number which minor victim utilized to text "Marlie", (774) 955-7894; and minor victim's Skype user name.[2] According to Mother, "Marlie" coerced minor victim to send photographs of minor victim, as well as photos of minor victim performing sexual acts, and threatened minor victim with exposure if minor victim did not comply with "Marlie's" demands. Minor victim complied with "Marlie's" coercion and threats.

6.      Mother also related to law enforcement that Mother contacted "marlie.bennett1" via Skype after minor victim disclosed the conduct. Mother stated she sent a text to "Marlie" on Skype and asked what photos "Marlie" had of her daughter, and told "Marlie" she did not wish this to go public. Mother stated that later she received a text from "marlie.bennet1" asking Mother to replace her daughter as "Marlie's" slave and if she refused, "Marlie" would post the pictures of her daughter (minor victim).

7.      On May 31, 2014, "Marlie" emailed Mother five photographs taken of minor victim during a video chat on Skype with the communication "I made your daughter do pictures." The photographs were emailed to Mother's AOL email account from funfreehappy1@yahoo.com. In each of the photographs, the image of the minor victim appears in a window in the foreground, with the blue background of a computer screen visible. In each, a

---

[2] Through my training and experience, I am aware that a mobile telephone carrier is a facility or means of interstate commerce.

small icon appears at the bottom of the window showing a microphone symbol with a red line through it. Four of the images are identified and described as follows:

      a. **ash2.jpg**: This photograph depicts the minor victim leaning back against a red-colored wall with her breasts exposed.

      b. **ash3.jpg**: This photograph depicts the minor victim sitting upright in a bathtub with no clothing visible and with her right breast exposed, appearing over the side of the tub.

      c. **ash4.jpg**: This photograph depicts the minor victim standing, fully unclothed and facing the camera, in a bathtub.

      d. **ash5.jpg**: This photograph depicts the minor victim standing, fully unclothed with her back turned to the camera, in the same bathtub as pictured in 7(a) above. A black object can be seen protruding from between the minor victim's buttocks. This photograph depicts a minor engaging in sexually explicit conduct.

8.     Mother stated to law enforcement that the email she received from

funfreehappy1@yahoo.com was forwarded from the email address of

joseph.debrum@verizon.net. Mother stated to authorities that she cross-referenced both email addresses with Facebook and Spokeo and found the Facebook page of Joseph Debrum. Mother made a copy of the profile photo associated with the Facebook page of Joseph Debrum. Mother told authorities that she sent "Marlie" a "link" on Skype and after "Marlie" clicked on that link, Mother was able to obtain the IP address of "Marlie's" Skype user account. Mother told authorities that she determined the IP address of 71.174.231.138 came back to Taunton, Massachusetts.

4

9.      Mother reported to law enforcement that during her Skype conversations with

"marlie.bennett1," she tried numerous times to convince "Marlie" to uncover the camera on

"Marlie's" computer so that she could see who "Marlie" was.   "Marlie" explained to Mother

that there was tape over the computer camera.   Eventually, "Marlie" agreed to speak with Mother

on the Apple iPhone application, FaceTime[3].   Mother stated that on June 1, 2015, she called the

number (774) 955-7894 to FaceTime with "Marlie".   Mother reported looking at an adult male

on the other end of the FaceTime conversation and identified him as the male pictured on Joseph

Debrum's Facebook page.   During that conversation, Debrum reportedly stated to Mother, "see,

I'm an old cripple fuck..."

## *Consent search of minor victim's electronic devices and Skype chats between minor victim and "marlie.bennet1"*

10.      Mother voluntarily consented to provide minor victim's laptop and Apple iPhone

to law enforcement.  A review of an imaged copy of the minor victim's computer and Apple

iPhone confirmed the presence of the photographs described in paragraph 7 above.  The

photographs were located on minor victim's computer's "downloads" folder.  The photographs'

properties associated with each photo, included the global positioning system ("GPS")

coordinates embedded which corresponded to 31 School Street, first floor apartment, Taunton,

MA[4].

---

[3] Similar to Skype, FaceTime offers video chatting through users' Apple devices.

[4] Digital cameras embed technical metadata, called Exif data, into image files they create.  Exif's primary feature is its ability to record camera, including smartphone, information in an image file at the point of capture.  Some common Exif data fields include the camera make and model, date and time of image capture, and GPS coordinates.  The GPS coordinates provide stored location information when the picture is taken.

11.    The forensic review confirmed, Skype, email, and text messaging between the
minor victim and "Marlie" commenced on May 16, 2014. Examples include:

   a. May 16, 2014 at 7:43 PM, "Marlie" sent photographs to minor victim,
      purportedly of "Marlie." The photographs depicted a female in various states of
      nudity.

   b. May 17, 2014, "Marlie" asked the minor victim where their relationship stood and
      told minor victim that "she" loved minor victim.

   c. May 18, 2014, via Skype, "Marlie" instructed minor victim to take off her top.
      When minor victim questioned the instructions, "Marlie" responded "that's fine
      guess you want me to cut more" and convinced minor victim to show her bare
      breasts and eventually her whole body naked in a tub to "Marlie."

   d. May 18, 2014, at 10:27 PM, minor victim asked "Marlie" "[w]hy are you doing
      this to me?" "Marlie" threatened to leave and go cut "herself" unless the minor
      victim masturbated herself in the tub.

   e. May 18, 2014, at 10:38 PM, "Marlie" told minor victim to "finger your ass now."
      The minor victim asked "Marlie" "why are you making me do this? im only 16.
      youre 21." The minor victim told "Marlie" she did not want to do this act to
      herself, and "Marlie" again threated to go cut "herself" if the minor victim did not
      comply.

   f. May 18, 2014, at 10:40 PM, via internet communication with minor victim,
      "Marlie" threatened the minor victim with photos and videos of what the minor
      victim was doing in the bathtub. Examples of those communications include the
      following:

6

   i.  May 18, 2014 10:43 PM, from "marlie.bennett1" to minor victim's Skype
       user name: "rub and finger/ your v/ do it/ i own you reemmber that/ rub
       and finger/ you will do and say it untill i release you that could be tonght
       tomarrow days weeks months understand"

   ii. May18, 2014 10:54 PM, from minor victim's Skype user name to
       "marlie.bennett1": "what can if offer you in return for deleting whatever
       you have?"

   iii. May 18, 2014 10:54 PM, from "marlie.bennett1" to minor victim's Skype
        user name: "… anything you can offer is just more I can use so just a
        circle"

g. May 18, 2014, at 10:49 PM, via Skype chat, "Marlie" told the minor victim the

   following: "you obey i stay quiet and things stay safe."

h. May 18, 2014, at 11:07 PM, via Skype chat, "Marlie" wrote the following to

   minor victim: "you are my slave understand/ want me quiet and things not

   exposed?"

i. May 18, 2014 11:17 PM, from "marlie.bennett1" to minor victim's Skype user

   name: "... i do what i did to you/ done it for a while now"

j. May 19, 2014, at 10:05 AM, "Marlie" sent a text message to minor victim

   ordering minor victim to get onto the web camera unless minor victim wants

   "Marlie" to start his "work" of exposing her. "Marlie" instructed the minor

   victim to take her bra and top off and to show "Marlie" minor victim's breasts and

   rub her finger on her vagina.

k. May 19, 2014, at 10:34 AM, "Marlie" texted the following question to minor

   victim: "how does it feel to be the victim?" "Marlie" continued to order the

   minor victim to perform sexual acts on minor victim, and specifically ordered

7

minor victim to insert "something like a pen or a something in your butt i want a picture of that too." (*refer to description of image 7(d) above*)

l.  May 19, 2014 10:55 AM, Skype message from "marlie.bennett1" to minor victim's Skype user name: "got to go leaving skype open/ do the pics i expect them on my phone"

m.  May 19, 2014, at 11:22 AM, "Marlie" told the minor victim that "Marlie" was getting back on the computer and ordered minor victim to take her clothes off. "Marlie" told the minor victim to find a marker or pen and insert it into minor victim's body cavity by instructing minor victim to "show me your ass/ slide that slowly in it."

n.  On May 19, 2014, at 12:00 PM, "Marlie" texted the minor victim photographs of minor victim that "Marlie" had taken without minor victim's knowledge or consent. The photographs, including those described in paragraph 7(a) and 7(b) above, were accompanied by a text from "Marlie" to the minor victim stating, "you are mine untill i release you do you understand?" "Marlie" later texted the minor victim asking minor victim if she felt humiliated and told the minor victim the following: "i use to be straight untill a 16 year old bitch that actually looks like you raped me . . . but she didnt stop untill i liked it so now i change others whether they like it or not."

12.  Minor victim reported to law enforcement that minor victim knew "Marlie" was taking photographs of the computer screen using a cell phone. Law enforcement located the contact "Marlie" on the minor victim's iPhone. The contact was created on May 16, 2014, and corresponds to phone number (774) 955-7894.

8

## *Identification of Joseph Debrum*

13.     In connection with this investigation and in addition to the information outlined above, law enforcement subpoenaed information from Verizon and Sprint, using "Marlie's" known Skype and phone number information.

14.     In response to the subpoena, Verizon provided the following subscriber name and information relative to the IP address identified in paragraph 8 above:

Joseph Debrum

31 School Street, Apt. 101

Taunton, MA 02780

Primary telephone (TN): 774-955-7894

15.     In response to the subpoena, Sprint provided information relative to the telephone number identified in paragraphs 5, 9 and 12 above, including the following:

31 School Street Apt 101

Taunton, MA 02780

16.     In connection with this investigation, law enforcement subpoenaed subscriber and account information Yahoo for account information.  In response to the subpoena, Yahoo confirmed that Joseph Debrum is the subscriber to the account identified as

funfreehappy1@yahoo.com.

17.     A query of Massachusetts Registry of Motor Vehicles records and law enforcement databases was conducted by law enforcement and confirmed Joseph Debrum's address as 31 School Street, Apartment 101, Taunton, MA.

9

*April 2, 2015 state search warrant*

18.     On March 27, 2015, Taunton Police obtained a search warrant for Debrum's residence located at 31 School Street, Apartment 101, Taunton, MA.   On April 2, 2015, Taunton Police Department and Massachusetts State Police Internet Crimes Against Children ("ICAC") Task Force executed the search warrant.

19.     On July 27, 2015, in connection with this investigation, HSI obtained a federal search warrant for the following electronic devices:  a Dell Studio 1558 laptop, serial number: 7RRBYL1, and 500 Gigabyte Toshiba hard drive, serial number: 305ET0ZDT; Dell Vostro 220 mini-tower, serial number: 29PTHK1, and 160 Gigabyte Western Digital hard drive, serial number: WXL0E8962362;[5] and an Apple iPhone 4, serial number:  C8WLG37BFML7 (*see* search warrant # 15-MJ-6077-MPK).  On August 4, 2015, in connection with this investigation, HSI obtained a federal search warrant for the following electronic devices:  an internal Western Digital WD 5000 LPVX 500 Gigabyte hard drive, serial number: WXE1E14EFTE2; and a 160 Gigabyte Seagate hard drive, serial number: 9VY4186K (*see* search warrant # 15-MJ-6109-MPK).  All items were seized from 31 School Street, Apartment 101, Taunton, Massachusetts, on April 2, 2015.

20.     On August 24, a preliminary digital forensics examination was conducted on Debrum's Dell laptop computer (Service Tag: 7RRBYL1) hard drive (Serial Number:

---

[5] After obtaining search warrant #15-MJ-6077-MPK, I reviewed the serial number contained on this hard drive and realized two of the letters of that serial number were transposed on the search warrant.  In the search warrant, the serial number is listed as WLX0E8962362 but the correct serial number is actually WXL0E8962362. Therefore, on August 4, 2015, an amended search warrant for the same devices (with the correct serial numbers) was obtained (*see* amended search warrant # 15-MJ-6077-MPK).

10

WXE1E14EFTE2) using industry standard software and practices. The following artifacts and identifiers were found during the course of the forensic examination:

A) The instant messaging and audio/video communication program 'Skype' is installed on Debrum's laptop computer.

B) The Skype account in use on Debrum's computer is listed as "marlie.bennett1" with the name "Marlie Bennett" and a contact email address listed as "funfreehappy1@yahoo.com". This Skype account is listed as being created on 2/12/2012.

C) On several occasions, the Skype software recorded the IP address of the "marlie.bennett1" account as 71.174.231.138.

D) The Skype software program lists the account of "marlie.bennett1" as having approximately 860 contacts in the address book.

A further review of the "marlie.bennett1" Skype account on Debrum's laptop computer revealed the Skype contact of the minor victim from Virginia with a full name of FV1 and a birthday of February 1998.

A) The user account "marlie.bennett1" exchanged approximately 161 Skype instant messages with the minor victim's known Skype username on or about May 2014.

B) The user account "marlie.bennett1" exchanged approximately 43 Skype calls with the minor victim's Skype account on or about May 2014 with the longest call lasting approximately one hour and seven minutes.

C) The user account "marlie.bennett1" exchanged or attempted to exchange approximately 11 files on or about May 2014.

11

The following files were transferred or were attempted to be transferred from DEBRUM'S computer to FV1 on or about May 2014:

> 0004c858-535a-1dee-03bd-b2f3766351e0_110.jpg
>
> 0004c858-5bd1-0045-f584-4d4d27606184_110.jpg
>
> 0004c858-5e05-6419-d9e5-93c2644aba6c_110.jpg
>
> 0004c858-6067-6e72-505f-6102ad515375_110.jpg
>
> 0004c858-620d-48b1-c6e2-6f3ba50f3f61_110.jpg
>
> 0004c858-641c-b526-b4ac-0f3b9a7e48a8_110.jpg

The above listed files, matching those described in paragraph 11a., display a young, Caucasian nude female displaying her breast and buttocks.

A review of the Skype chat logs identified several conversations between "marlie.bennett1" and FV1 showing possible coercion, threats, and force by Debrum in an attempt to obtain sexually explicit photographs of FV1. Below are some excerpts of chat logs written by DEBRUM using the "marlie.bennett1" Skype account:

> *Author:* *(minor victim)*
> *Recipient:* *marlie.bennett1*
> *From Display Name:* *FV1*
> *Message Sent Date/Time:* *05/19/2014 03:21:35 AM*
> *Message:* ***I'm only being this way because you forced me.***
>
> *Author:* *(minor victim)*
> *Recipient:* *marlie.bennett1*
> *From Display Name:* *FV1*
> *Message Sent Date/Time:* *05/19/2014 04:15:04 PM*
> *Message:* ***It hurts really badly***
>
> *Author:* *(minor victim)*
> *Recipient:* *marlie.bennett1*

12

*From Display Name:      FV1*
*Message Sent Date/Time  05/19/2014 04:36:48 PM*
*Message:                **I'll obey if you stop taking pics.***

*Author:                 (minor victim)*
*Recipient:              marlie.bennett1*
*From Display Name:      FV1*
*Message Sent Date/Time: 05/19/2014 04:46:18 PM*
*Message:                **So you wantme to sit onthe marker in the tub...?***

*Author:                 marlie.bennett1*
*Recipient:              (minor victim)*
*From Display Name:      marlie bennett*
*Message Sent Date/Time: 05/20/2014 05:20:06 PM*
*Message:                **coward slut. im sure your "mother' doesnt know
about the other girl you talk to and are hiding***

*Author:                 marlie.bennett1*
*Recipient:              (minor victim)*
*From Display Name:      marlie bennett*
*Message Sent Date/Time: 05/20/2014 04:21:04 AM*
*Message:                **i guess your forgetting the pics i have of you***

*Author:                 marlie.bennett1*
*Recipient:              (minor victim)*
*From Display Name:      marlie bennett*
*Message Sent Date/Time: 05/19/2014 05:40:55 PM*
*Message:                **take the other thing out insert that as i watch***

*Author:                 marlie.bennett1*
*Recipient:              (minor victim)*
*From Display Name:      marlie bennett*
*Message Sent Date/Time: 05/19/2014 05:37:12 PM*
*Message:                **so i have pictures of you i expect you to obey me***

*Author:                 marlie.bennett1*
*Recipient:              (minor victim)*
*From Display Name:      marlie bennett*
*Message Sent Date/Time: 05/19/2014 05:18:13 PM*

13

*Message:*                     ***what do you have bigger to shove deep in your butt
                               by you***

In addition to the Skype data recovered from Debrum's computer, an image file named
photo.JPG was found in the Pictures directory (folder). The "photo.JPG" displays an image of a
young, Caucasian female in the shower with an object inserted into her anus. Minor victim
identified this image as herself and was taken during her Skype video chat with Debrum.

## CONCLUSION

21.    Based upon the foregoing, I respectfully submit there is probable cause to
conclude that from on or about May 16, 2014, to on or about May 19, 2014, Joseph Debrum did
use a facility and means of interstate commerce to knowingly persuade, induce, entice, and
coerce and individual who had not attained the age of 18 years, to engage in sexual activity for
which a person can be charged with a criminal offense, and attempt to do so, in violation of 18
U.S.C. § 2422(b); and from on or about May 16, 2014, to on or about May 31, 2014, did employ,
use, persuade, induce, entice, or coerce, or attempts to employ, use, persuade, induce, entice, or
coerce, any minor to engage in, to any sexually explicit conduct for the purpose of producing any
visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such
conduct, in violation of 18 U.S.C. § 2251(a).

14

Sworn to under the pains and penalties of perjury.

Janet Connolly
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this 28th day of August, 2015.

M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE

15