# Minor A
# VNS # 4808787

  In May of 2014, my daughter was an innocent 16 year old girl who was just beginning to explore her sexuality. She went online looking to make friends with other teens who were a part of the gay community. What she found was Mr. DeBrum, posing as a 21 year old female named Marlie. Over the course of several days, Mr. DeBrum was able to manipulate enough personal information out of my daughter so that he could force her to do his bidding under the threat of exposing that information publicly. My daughter did not engage in sexually explicit acts by choice, but out of fear. She became the slave of Mr. DeBrum. The sexually explicit acts that my child was forced to engage in by Mr. DeBrum were humiliating, sickening and physically painful for her and when she could no longer bare the physical and emotional torture she stepped through her fear and told a trusted adult.

  The crimes that Mr. DeBrum committed against my daughter had a huge impact on both her and our family. The scene of these crimes was her own bedroom in our family home. A place that was once a refuge for her had become a place of nightmares. The memories of pain, humiliation and fear became overwhelming as she was forced to live within the same 4 walls that the crimes occurred in. She became anxious, depressed and hypervigilant. In this state of mind, learning was impossible and school was something that she had to give up on. I hoped that time would help her to heal, but when a year passed and her emotional state had not improved we made the difficult decision to drastically change her living environment. In the summer of 2015 my then 17 year old daughter left the only home that she had ever known and moved over 600 miles away in order to relieve herself of the constant reminders of Mr. DeBrum and to start a new life. She even changed her name in order to symbolically leave behind the girl who had been so horrifically victimized. Due to financial restrictions my daughter was only able to see her parents and siblings a few times a year. Although this move was a financial and emotional drain on our family, it was the only way that we could think of to give my daugher some peace. In the two years that my daughter lived so far away from us she missed not only birthdays and holidays with our family, but she grew apart from lifelong

friends as they completed high school, started dating and began their adult lives.

Intimate relationships have been a challenge for my daughter. Her trust was broken by Mr. DeBrum's actions at a time in her life when she was just beginning to discover who she was as a young gay woman. She did not even start dating until recently.

My daughter's latter teenage years were robbed from her by Mr. DeBrum so that he could satisfy his twisted desires. He was well aware of the damage and pain that he was causing an innocent child to endure. Prior to his arrest, I had the opportunity to have several conversations with Mr. DeBrum pertaining to his crimes against my child. He showed zero remorse and after emailing me pornographic images of my own daughter he proceeded to tell me that he believed that 16 was old enough, that my daughter was a whore and that the authorities would never arrest a cripple. He had the audacity to attempt to use the same manipulative tactics on me that he used on my daughter threatening to post those images publicly for all to see unless I agreed to replace her as his slave. His despicable words and actions show me that Mr. DeBrum will go to any length to get what he wants and that he believes that his behaviour is acceptable.

A full 3 years after these crimes were committed , my daughter is finally thriving, but that is due to her own strength of character and her unwillingness to allow the actions of this criminal, Joseph DeBrum, to destroy her life. She recently graduated from high school, is starting college in the fall and is looking forward to a future career in law enforcement. However, regardless of her hard work and strength she will carry pieces of those dark days with her for the rest of her life. Over the years, when my daughter thinks back to her first sexual experience it will not be with happiness or even humor. When she thinks of the first person who saw the details of her body in an intimate way it will be the face of Joseph Debrum that comes to mind NOT the face of a partner of her choosing. My daughter's very first experience of a sexual nature was one that she was forced to participate in out of fear and those memories are permanent. My daughter was given a life sentence at the age of 16 from which there is no

true escape. Therefore, I am asking that the court sentence Joseph DeBrum to the maximum sentence allowed under the law so that not only will he be punished for his crimes against the innocent children in this case, but to protect the other children who he will surely victimize if he is ever free again.