## Minor C
## VNS# 4819343

Victim Impact Statement of ▮▮▮▮▮▮▮▮▮▮

6/29/2017

    Before Joseph Dubrum had the opportunity to come into my life, I was a soft, shy, quiet person who always noticed the good and kindness in everybody around, and I subconsciously reflected everyone's goodness and kindness right back to them. I trusted people, and they trusted me. Helping anyone who needed help with anything was my biggest strength; however, I guess you could say that it was my biggest weakness in this situation, being so I wanted to help "Marlie Bennett," who had come to me, online, for help in discovering "her" true self. I made it my priority to help Marlie, but I soon realized I had made a mistake in trusting "her" with my information (Skype, the platform in which we had been talking, required me to put in personal information such as my phone number and email address, which was able to be seen by friends that I had added), as "she" quickly became sexually aggressive. I could not merely delete or block "her," because "she" had noted my phone number and email and had threatened to Photoshop my head to a nude person's body and post it online, as well as send it to all of my friends and family, so I was tethered. I was tethered to, and suffered through, all kinds of emotional, mental, and sexual abuse that I was forced to keep inside for the longest months of my life.

    The day that the Homeland Security brought me in for questioning was simultaneously one of the best and wort days of my life, for it was the day the prolonged cyber-torture could officially end, but it was also the day that I discovered that my predator was, in fact, not only a man, but a man almost three times my age. From that day forward, I was a completely different human being. I became a hard, depressed person who no longer trusts any stranger, no longer fully trusts any friend or family member, and will forever scrutinize any man I pass with a furrowed brow and hard, distrusting eyes. I no longer use social media, no longer share and connect with my friends with all of the memories we share, and doubt and suspicion will always be at the front of my mind when dealing with anyone both on and off the internet. I will always be trying to make myself appear to be taller, tougher, so that any man or woman will not perceive me to be weak, vulnerable, and meek.

    Not a day passes where the repulsive thought of this man violating me for months on end do not pry into my mind. Not a day passes where I do not think, with sadness, about all of the other victims who had also been tethered and violated by this man, and how the experience has impacted them as well. Not a day passes where I do not completely shut down at least once from the concentrated severity of these thoughts, where I am unable to speak, talk, look, or think about anyone or anything but the horrible, mental suffering. These thoughts haunt me day and night, as they even frequently find their way into my dreams.

    The actual occurrence of the abuse was atrocious, but the aftermath has been an atrocity of its own. I constantly wonder if and how I am ever going to be able to trust another human being ever again. The person I decided to spend my time with in order to improve their life destroyed mine. My entire sense of unquestioning trust is shattered.