# Minor B
# VNS# 4808785

I've never had nightmares about it, but it's always in the back of my mind. Memories of it pop up at random times, wether I'm happy or sad, alone or with friends. I can never forget about what he did. I am no longer able to trust as easily, and I am more closed off with my feelings. I feel that I am worth nothing now. I've been used, so who really wants me anymore. My anxiety heightens whenever I get a text, because I'm always worried that it's him, back to take advantage of me again. I worry that he will be set free. I worry that he will take advantage of me and many other girls again. No one, at the age of 13, should have to feel so insecure about their body that they can't wear shorts to school. I hope that the justice system will give him what he deserves.