# Minor B (Mother) VNS# 4808785

I have nightmares now, not every night anymore, but often enough that it stays on my mind. I am behind a big glass wall, and on the other side of it is ▮▮▮▮. At first she is alone, sitting there crying. I try to go to her but I am stuck behind this glass. I try to talk to her, and she can't hear or see me. Then she is no longer alone, there is someone there, all I see is a shadow. He is hurting her. She keeps crying, asking me for help, and I am screaming "leave her alone! Stay away from my baby!!" but they can't hear me. ▮ just keeps screaming and crying. There is nothing I can do. I am crying now also, and I am on my knees, pounding my fists on the glass, and I keep screaming at him to get away. I know he can't hear me. I am helpless, I can't do anything for my baby girl, and she is all alone with this monster. I wake up sweating with her screams ringing in my ears.

Before all of this, ▮ was worried about homework and her friends, and cleaning her room. Now she is worried about who she can trust, who she should be afraid of, who is going to lie and manipulate her into doing things that she doesn't want to do. That is our reality now, these unseen forces across cyberspace that bully and lie and manipulate innocent children, my innocent child of 13, into doing things that no 13 year old child should even know about. It damages them emotionally, and their family, for the rest of their lives. These are supposed to be the best years, time to grow and explore the world and become independent, confident, happy young adults. He robbed her of that innocence; he threatened her and scared her into submission. Now, instead of being excited about planning for her college years, I am terrified because she will be even further from my watch. The thought of her going away to college fills me with dread, because there are men like him, just biding their time before a young vulnerable girl comes across their path, or, like Joseph Debrum, seeking them out like an owl hunting mice.

As a parent, my biggest fear is that something will happen to ▮ that I can't prevent. Because of Joseph Debrum, that fear became a reality. I can't go back and change time; I can't stop what he did. But hopefully, through our justice system, you can make an example of this person, and maybe protect some of the innocence left in this world.