# Minor H
# VNS# 4887281

When I was 15 years old I had met a few people online that I didn't really know. They brought me into the BDSM lifestyle. One night I had a few friends over and we decided to go into a chat room to just talk to random people. It was called Teen Spot. I was very interested in talking to people that were into the lifestyle. I decided to go on teen spot all the time and that's how I met Marlie. I am interested in women so meeting Marlie was amazing. I felt like I could actually talk to her. She was beautiful. She claimed she was also into the lifestyle. Which made me want to talk to her even more, so I added her on Skype so we could video chat.  She wanted me as her submissive. At first I had agreed to become her submissive. She wanted me to video chat with her everyday. I had to message her when I was on my way home from school, and when I got home she wanted me to call her immediately.  She chose what I wore, where I went, who I was with, and when I could do things such as eat and shower, how I wore my hair, and if I was going to shower she wanted to watch. She demanded me to masturbate, and insert things into my vagina while she watched. When we would video called she always had the perfect excuse of why she wasn't able to turn her video on and our only forms of communication were through typing on Skype or texting. And when I didn't do what she wanted she would say awful things to make me do what she wanted. When I finally had enough of Marlie controlling everything I did, I told her I was done being her submissive and I wanted her to leave me alone. She told me if I told anyone she was going to kill my family. I then blocked her on Skype so she wouldn't be able to contact me through her account. I thought everything was going to be okay but I was still scared for my life because she knew everything about me such as my address, phone number, parents names, and my little sisters name. Until I got a friend request on Skype from a Skype name I had never heard of before. I had multiple messages from it, and it was Marlie. She had made another account to contact me with. I had finally had enough and I tried to delete my Skype account but it wouldn't allow me too. So I stopped logging on and continued to live my life. I thought that part of my life would be a secret and it would just go away and nobody would have to know what I had done.

      When I first found out "Marlie" wasn't a women I was disgusted. I was sick to my stomach for days. I wanted to just be left alone, and I didn't want to deal with any of this. It wasn't until I found out Mr.Debrum had multiple other victims including myself across the country. I then decided that coming forward was the right thing to do. What Mr.Debrum has done to his victims is scar us with humiliation and regret. Not a day goes by that I don't regret my actions, and wish I could go back in time and change what I've done. If I had the ability to go back and change things, I would have never met "Marlie" (Mr.Debrum).

      I personally feel Mr.Debrum should be ashamed of what he has done. Not only did he belittle my self confidence, he took advantage of multiple underaged females including myself for his own sexual pleasures and I feel he should spend the rest of his life in a maximum security prison with no visitation or phone calls for that.

Written: 07/12/2017 By: ███████████